| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6382413 | DATE 04/04/2025 |
|---|---|---|---|---|
| **NAME** ROSCOE, Kaylin Alexander | | **OFFICER** Amanda S. Glaros | **JUDGE** Gershwin A. Drain | **DOCKET #** 19-CR-20537-01 |

| ORIGINAL SENTENCE DATE 12/04/2020 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 21 | PHOTO |
|---|---|---|---|---|
| COMMENCED 09/06/2022 | | | | |
| EXPIRATION 09/05/2025 | | | | |

| ASST. U.S. ATTORNEY Meghan Sweeney Bean | DEFENSE ATTORNEY Nancy L. McGunn |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(1), Firearm by a Convicted Felon

Count 2: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute a Controlled Substance

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 36 months on Count 1, and 36 months on Count 2, to run concurrent, to be followed by a three-year term of supervised release on Counts 1 and 2, to run concurrent.

Modification: 2/29/2024: The following special conditions were added:

"You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)."

"You must submit to a psychological/psychiatric evaluation as directed by the probation officer."

"You must take all mental health medications that are prescribed by your treating physician."

"You must reside in a Residential Reentry Center (RRC) for up to 180 days. You must follow the rules and regulations of the center. Subsistence is waived."

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 6382413 | DATE 04/04/2025 |
|---|---|---|---|---|
| **NAME** ROSCOE, Kaylin Alexander | **OFFICER** Amanda S. Glaros | **JUDGE** Gershwin A. Drain | | **DOCKET #** 19-CR-20537-01 |

2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.
4. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Criminal Monetary Penalty:  Special Assessment $200.00 (balance $125.00).

The probation officer believes that the offender has violated the following condition of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."  <br><br>On January 16, 2024, ROSCOE was pulled over by an officer from the Detroit Police Department in Detroit, Michigan and he was issued a ticket for Driving While License Suspended. On February 8, 2024, ROSCOE failed to appear on a scheduled arraignment in the 36th District Court in Detroit, Michigan before Judge Millicent D. Sherman on Docket Number, SP15407981 DOI OT. On June 3, 2024, ROSCOE failed to appear for a scheduled show cause hearing and a bench warrant was issued. As of the date of this report, the warrant remains active. <br><br>On February 22, 2024, ROSCOE was pulled over by an officer from the Detroit Police Department, Detroit, Michigan and he was issued a ticket for a No Insurance Misdemeanor. On March 20, 2024, ROSCOE failed to appear on a scheduled arraignment in the 36th District Court in Detroit, Michigan before Judge Millicent D. Sherman on Docket Number, SP15309113. On August 26, 2024, ROSCOE failed to appear for a scheduled show cause hearing and a bench warrant was issued. As of the date of this report, the warrant remains active. <br><br>On July 4, 2024, ROSCOE was pulled over by an officer from the Detroit Police Department in Detroit, Michigan and he was issued a ticket for Driving While License Suspended. On July 29, 2024, ROSCOE failed to appear on a scheduled arraignment in the 36th District Court in Detroit, Michigan before Judge Millicent D. Sherman on Docket Number, SP15987981 DOI OT. On |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6382413 | DATE 04/04/2025 |
|---|---|---|---|---|
| NAME ROSCOE, Kaylin Alexander | OFFICER Amanda S. Glaros | JUDGE Gershwin A. Drain | | DOCKET # 19-CR-20537-01 |

October 31, 2024, ROSCOE failed to appear for a scheduled show cause hearing and a bench warrant was issued. As of the date of this report, the warrant remains active.

January 9, 2025, ROSCOE was pulled over by an officer from the Bloomfield Hills Police Department in Bloomfield Hills, Michigan and he was issued a ticket for Driving While License Suspended. On February 12, 2025, ROSCOE was scheduled to appear in the 48th District Court in Bloomfield Hills, before Judge Marc B. Barron for arraignment on Docket Number, 2025-25WB00069B-OT. On February 20, 2025, a bench warrant was issued for ROSCOE for failure to appear on the traffic violation. As of the date of this report, the warrant remains active.

2   **Violation of Special Condition:** "YOU MUST PARTICIPATE IN A MENTAL HEALTH TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM.  THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)."

On March 29, 2024, ROSCOE received a new therapist at Shanle Psychological Services in Grosse Pointe, Michigan. ROSCOE missed appointments on April 19, 2024; May 17, 2024; May 20, 2024; and June 5, 2024.  On June 20, 2024, ROSCOE was terminated unsuccessfully from Shanle Psychological Services, due to ongoing attendance issues.

3   **Violation of Special Condition:** "YOU MUST TAKE ALL MENTAL HEALTH MEDICATIONS THAT ARE PRESCRIBED BY YOUR TREATING PHYSICIAN."

On April 20, 2024, ROSCOE received a psychiatric evaluation at Shanle Psychological Services. ROSCOE was diagnosed with Bipolar II Disorder, Anxiety, Insomnia, and Substance Abuse. ROSCOE was prescribed Vraylar 1.5 mg and directed to take a capsule by mouth daily. He was scheduled for a follow up appointment with the psychiatrist on May 15, 2024, which he failed to attend. ROSCOE never took the medication he was prescribed.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 6382413 | **DATE** 04/04/2025 |
|---|---|---|---|---|
| **NAME** ROSCOE, Kaylin Alexander | | **OFFICER** Amanda S. Glaros | **JUDGE** Gershwin A. Drain | **DOCKET #** 19-CR-20537-01 |

**4**    **Violation of Special Condition:** "YOU MUST RESIDE IN A RESIDENTIAL REENTRY CENTER (RRC) FOR UP TO 180 DAYS.  YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE CENTER. SUBSISTENCE IS WAIVED."

On March 11, 2024, ROSCOE reported to the Residential Reentry Center (RRC) as directed. On March 15, 2024, ROSCOE received an incident report for an unauthorized cell phone. On March 30, 2024, ROSCOE was terminated from the RRC for reportedly threatening and cursing at staff. ROSCOE reported to staff he was having mental health issues and back pain. Staff called 911 and ROSCOE was transported to Detroit Receiving Hospital for a Psychiatric Evaluation via ambulance. When ROSCOE returned to the RRC, he was informed he was being terminated from the program.

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Amanda S. Glaros/slg (313) 234-5428 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas (313) 234-5272 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]    The issuance of a summons

[  ]    Other


                                        s/Gershwin A. Drain
                                        United States District Judge

                                        4/11/2025
                                        Date